# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0096. JAMES L. VINSON v. MVP GERMAN AUTO.

James Vinson filed an action in magistrate court to recover damages, alleging that MVP German Auto damaged his car. The magistrate court dismissed the action, and Vinson filed a petition for review to the state court. After a bench trial, the state court found in favor of the defendant. Vinson has filed a notice of appeal from the state court's order. We lack jurisdiction.

Vinson's appeal to this Court arises from the state court's de novo review of a magistrate court ruling. Therefore, Vinson was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Vinson's failure to file a discretionary application deprives us of jurisdiction, and, accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/11/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*